UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Jacqueline L. Williams**           )         Chapter 13
                                             )
                                             )
        Debtor                               )
                                             )         Bankruptcy No.: **16-10062**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

|  |  |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: September 6, 2016

_____
Judge Stephen Raslavich

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue, #2
Elkins Park, PA  19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606