```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 16-10062-sr
Jacqueline L. Williams                                              Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett           Page 1 of 2           Date Rcvd: May 18, 2017
                              Form ID: pdf900           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db            +Jacqueline L. Williams,    6558 North 18th Street,    Philadelphia, PA 19126-3401
13656347       AES,    PO Box 8147,    Harrisburg, PA 17105-8147
13656345       AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13656346      +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13656349       Allied Collectios Service,    PO Box 3097,    Northridge, CA 91325
13656350      +American Heritage FCU,    PO Box 52458,    Philadelphia, PA 19115-7458
13656351     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285-5018)
13681850       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
13656355     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV,     PO Box 11732,    Newark, NJ 07101-4732)
13656356      +Equiant Financial Services,    4343 North Scottsdale, Suite 270,     Scottsdale, AZ 85251-3352
13656357     ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
              (address filed with court: Fanta Sea Resorts,      60 North Maine Avenue,
                Atlantic City, NJ 08401)
13656358       Great Lakes Educational Loan Services,     PO Box 3059,    Milwaukee, WI 53201-3059
13656360      +Jersey Central,    P.O. Box 661,    Cranford, NJ 07016-0661
13656361      +KML Law Group, PC,    Suite 5000-Mellon Independence Center,     701 Market Street,
                Philadelphia, PA 19106-1538
13754803      +Michael D. Sayles, Esquire,     427 W. Cheltenham Avenue, #2,    Elkins Park, PA 19027-3291
13692888      +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
13656362      +Midfirst Bank,    999 N.W. Grand Boulevard, Suite 100,     Oklahoma City, OK 73118-6051
13656363      +Midland Mortgage,    PO Box 268886,    Oklahoma City, OK 73126-8886
13656364      +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
13656367      +PGW,    800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                Philadelphia, PA 19122-2806
13656368      +PGW,    Credit and Collections Department,     800 West Montgomery Avenue, 3rd Floor,
                attn: Liens and Judgments Section,     Philadelphia, PA 19122-2806
13656369       PGW,    PO Box 11700,    Newark, NJ 07101-4700
13656365      +Penn Credit,    PO Box 1259, Department 91047,     Oaks, PA 19456-1259
13656366       Penn Credit Corp.,    PO Box 988,    Harrisburg, PA 17108-0988
13656370      +Philadelphia Office of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
13656371       U.S. Departement of Education,     P.O. Box 530260,    Atlanta, GA 30353-0260
13691950       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,     PO BOX 8973,    MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:57      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2017 00:51:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2017 00:51:53      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13656348      +E-mail/Text: EBNProcessing@afni.com May 19 2017 00:51:47      AFNI, Inc.,   PO Box 3097,
                Bloomington, IL 61702-3097
13694302      +E-mail/Text: broman@amhfcu.org May 19 2017 00:51:46      AMHFCU,   Brian Romaniello,
                2060 Red Lion Rd,    Philadelphia Pa 19115-1603
13656352      +E-mail/Text: bankruptcynotices@cbecompanies.com May 19 2017 00:51:52      CBE Group,
                1309 Technology Parkway,    Cedar Falls, IA 50613-6976
13656354       E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:57      City of Philadelphia,
                Law Department,   One Parkway Building,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13656353       E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:57      City of Philadelphia,
                Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                Philadelphia, PA 19102-1595
13656359      +E-mail/Text: HWIBankruptcy@hunterwarfield.com May 19 2017 00:51:45      Hunter Warfield,
                4620 Woodland Corporate,    Tampa, FL 33614-2415
13656373       E-mail/Text: james.feighan@phila.gov May 19 2017 00:52:09      Water Revenue Bureau,
                Phyllis Chase, Collections Manager,    Municipal Services Building,    1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13656372       US Department of Education,    National Payment Center,    PO Box 4169,    OK 74503-4169
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: May 18, 2017
                               Form ID: pdf900              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Jacqueline L. Williams midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **Jacqueline L. Williams** | ) | Chapter 13 |
| | | ) | |
| | | ) | |
| | Debtor | ) | |
| | | ) | Bankruptcy No.: **16-10062\sr** |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

      **AND NOW**, in consideration of the Motion to Dismiss Case filed by Standing Trustee (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date:_____

_____
U.S. BANKRUPTCY JUDGE

**Date: May 17, 2017**